[jiffyordnh] [Bench Order No Hearing +]

ORDERED.

Dated: November 15, 2023

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                Case No. 8:23−bk−04258−CPM
                                                                      Chapter 13

Geoffrey Scalera

_____Debtor*_____/

**ORDER DENYING AS MOOT MOTION TO EXTEND DEADLINE TO FILE SCHEDULES, STATEMENTS, 13 PLAN**

THIS CASE came on for consideration without a hearing of the **Motion to Extend Deadline to File Schedules, Statements, 13 Plan** (Doc. **21** ), filed by **Debtor Geoffrey Scalera** .

The Court having considered the record, the Motion to Extend Deadline to File Schedules, Statements, 13 Plan is Denied as Moot .

The motion reflected that the Debtor needed only five additional days to file his missing paperwork, which timeframe expired on October 30, 2023, without any of the missing paperwork having been filed.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Timothy Grogan is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.